Nkem Nweke
4715 APPALOOSA WAY
Antioch, CA 94531
Phone: (925) 301-6379
E-mail: nkemnweke9700@gmail.com

Pro se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NKEM NWEKE,**<br>Plaintiff,<br>v.<br>**CREDIT CONTROL, LLC,**<br>Defendant. | Case No.: **3:26-cv-06354-JST**<br>**STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br>**[~~PROPOSED~~] ORDER** |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Nkem Nweke and defendant Credit Control, LLC ("Credit Control") hereby stipulate and agree that this action is dismissed without prejudice, with each side to bear its own costs and fees.

Dated: November 17, 2026

/s/
Nkem Nweke
Plaintiff pro se

Dated: November 17, 2026

JDAVID LAW PRACTICE, APC

*/s/ Jill S. David*
Jill S. David
ATTORNEY FOR DEFENDANT
CREDIT CONTROL, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served via the Court's e-filing system on November 17, 2026, to:

Jill S. David, Esq.
Email: jdavid@jdavidlaw.com
Counsel for Defendant
Credit Control, LLC

/s/
PLAINTIFF PRO SE

Nkem Nweke
4715 APPALOOSA WAY
Antioch, CA 94531
Phone: (925) 301-6379
E-mail: nkemnweke9700@gmail.com

Pro se Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NKEM NWEKE,**<br>Plaintiff,<br>v.<br>**CREDIT CONTROL, LLC,**<br>Defendant. | Case No.: **3:26-cv-06354-JST**<br><br>**[~~PROPOSED~~] ORDER RE: STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE** |

Having considered and reviewed the Stipulation to Dismiss filed by plaintiff Nkem Nweke and defendant Credit Control, LLC ("Credit Control"), the Court hereby Orders the following:

1. This action is dismissed, without prejudice;
2. Each party to bear his/its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: November 24, 2026

HON. JON S. TIGAR
UNITED STATES DISTRICT JUDGE